• JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Efficient Networks, Inc.

## DEFENDANTS
Cybertan Technology, Inc.
Bromax Communications, Inc.

(b) County of Residence of First Listed Plaintiff **Dallas County, TX**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

RECEIVED SEP - 2 2003 U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

(c) Attorney's (Firm Name, Address, and Telephone Number)
Carrington Coleman Sloman & Blumenthal LLP
200 Crescent Court, Suite 1500
Dallas, Texas 75201; see attachment

Attorneys (If Known)
Law Office of Lai & Associates, P.C
7322 S.W. Frwy, Suite 868
Houston, TX 77074; see attachment

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- G 1 U.S. Government Plaintiff
- G 2 U.S. Government Defendant
- G 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | G 1 | Incorporated or Principal Place of Business In This State | G 4 | G 4 |
| Citizen of Another State | G 2 | G 2 | Incorporated and Principal Place of Business In Another State | G 5 | G 5 |
| Citizen or Subject of a Foreign Country | G 3 | ☒ 3 | Foreign Nation | G 6 | G 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| G 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | G 610 Agriculture | G 422 Appeal 28 USC 158 | G 400 State Reapportionment |
| G 120 Marine | G 310 Airplane | G 362 Personal Injury— Med. Malpractice | G 620 Other Food & Drug | | G 410 Antitrust |
| G 130 Miller Act | G 315 Airplane Product Liability | G 365 Personal Injury— Product Liability | G 625 Drug Related Seizure of Property 21 USC 881 | G 423 Withdrawal 28 USC 157 | G 430 Banks and Banking |
| G 140 Negotiable Instrument | G 320 Assault, Libel & Slander | G 368 Asbestos Personal Injury Product Liability | G 630 Liquor Laws | | G 450 Commerce/ICC Rates/etc |
| G 150 Recovery of Overpayment & Enforcement of Judgment | G 330 Federal Employers' Liability | | G 640 R.R. & Truck | **PROPERTY RIGHTS** | G 460 Deportation |
| G 151 Medicare Act | G 340 Marine | **PERSONAL PROPERTY** | G 650 Airline Regs | G 820 Copyrights | G 470 Racketeer Influenced and Corrupt Organizations |
| G 152 Recovery of Defaulted Student Loans (Excl. Veterans) | G 345 Marine Product Liability | G 370 Other Fraud | G 660 Occupational Safety/Health | G 830 Patent | G 810 Selective Service |
| G 153 Recovery of Overpayment of Veteran's Benefits | G 350 Motor Vehicle | G 371 Truth in Lending | G 690 Other | G 840 Trademark | G 850 Securities/Commodities/ Exchange |
| G 160 Stockholders' Suits | G 355 Motor Vehicle Product Liability | G 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | G 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | G 360 Other Personal Injury | G 385 Property Damage Product Liability | G 710 Fair Labor Standards Act | G 861 HIA (1395ff) | G 891 Agricultural Acts |
| G 195 Contract Product Liability | | | G 720 Labor/Mgmt. Relations | G 862 Black Lung (923) | G 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | G 730 Labor/Mgmt.Reporting & Disclosure Act | G 863 DIWC/DIWW (405(g)) | G 893 Environmental Matters |
| G 210 Land Condemnation | G 441 Voting | G 510 Motions to Vacate Sentence Habeas Corpus: | G 740 Railway Labor Act | G 864 SSID Title XVI | G 894 Energy Allocation Act |
| G 220 Foreclosure | G 442 Employment | | | G 865 RSI (405(g)) | G 895 Freedom of Information Act |
| G 230 Rent Lease & Ejectment | G 443 Housing/ Accommodations | G 530 General | G 790 Other Labor Litigation | **FEDERAL TAX SUITS** | G 900 Appeal of Fee Determination Under Equal Access to Justice |
| G 240 Torts to Land | G 444 Welfare | G 535 Death Penalty | | G 870 Taxes (U.S Plaintiff or Defendant) | |
| G 245 Tort Product Liability | G 440 Other Civil Rights | G 540 Mandamus & Other | G 791 Empl. Ret. Inc Security Act | | G 950 Constitutionality of State Statutes |
| G 290 All Other Real Property | | G 550 Civil Rights | | G 871 IRS—Third Party 26 USC 7609 | G 890 Other Statutory Actions |
| | | G 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- G 1 Original Proceeding
- ☒ 2 Removed from State Court
- G 3 Remanded from Appellate Court
- G 4 Reinstated or Reopened
- G 5 Transferred from another district (specify)
- G 6 Multidistrict Litigation
- G 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity)

28 U.S.C. Section 1332, Section 1441(b); breach of contract with diversity

## VII. REQUESTED IN COMPLAINT:
G CHECK IF THIS IS A CLASS ACTION UNDER F.R.C P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes   G No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE Hon. David Evans   DOCKET NUMBER DV0307186-L

DATE 8/29/03
SIGNATURE OF ATTORNEY OF RECORD
Craig Corwin

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG JUDGE _____

Attachment to Civil Cover Sheet

Supplement to Section 1(c):

Plaintiff:

Attorneys:

David Coale
Jennifer Morris
Firm name and address: Carrington Coleman Sloman & Blumenthal, LLP
200 Crescent Court, Suite 1500
Dallas, TX 75201
Phone: 214-855-3000

Defendants:

Attorneys:

Morris Tabak
Craig Corsini
Wei-Hung Chao
Firm name and address: Law Offices of Lai & Associates, P.C.
7322 Southwest Freeway, Suite 868
Houston, TX 77074
Phone: 713-988-5666

**ORIGINAL**

United States District Court
Northern District of Texas



RECEIVED
SEP - 2 2003
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**Supplemental Civil Cover Sheet For Cases Removed From State Court**

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.

1. **State Court Information:**

   **3 03CV1976-K**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 193rd District Court, Dallas County, TX | DV 03-07186-L |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Efficient Networks, Inc., Plaintiff  (see attachment for defendants) | David Coale TBN:00787255  Jennifer Morris;24013198  Carrington Coleman  Sloman & Blumenthal,LLP  200 Crescent Ct., Ste. 1500, Dallas, TX 75201 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?   • (Yes)   • No

   If "*Yes*," by which party and on what date?

   Plaintiffs
   Party

   July 16, 2003
   Date

**Supplemental Civil Cover Sheet**
**Page 2**

4. **Answer:**

    Was an Answer made in State Court?    • (Yes)    • No

    If "*Yes*," by which party and on what date?

    <u>Defendants</u>                                    <u>August 25, 2003</u>
    Party                                               Date

5. **Unserved Parties:**

    The following parties have not been served at the time this case was removed:

    **Party**                                           **Reason(s) for No Service**

    None

6. **Nonsuited, Dismissed or Terminated Parties:**

    Please indicate any changes from the style on the State Court papers and the reason for that change:

    **Party**                                           **Reason**

    None

7. **Claims of the Parties:**

    The filing party submits the following summary of the remaining claims of each party in this litigation:

    **Party**                                           **Claim(s)**

    None at this time.

Attachment to Supplemental Civil Cover Sheet for Cases Removed from State Court

Defendants:

Bromax Communications, Inc.
Cybertan Technology, Inc.

Attorneys for Defendants:

Mr. Morris Tabak TBN: 19599900; Federal ID No. 25578
Mr. Craig Corsini TBN: 24012459; Federal ID No. 29242
Mr. Wei-Hung Chao TBN: 24012412; Federal ID No. 23340

Firm name, mailing address, and phone number for above attorneys:

Law Offices of Lai & Associates, P.C.
7322 Southwest Freeway, Suite 868
Houston, TX 77074
Phone number: 713-988-5666

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 2 2003
CLERK, U.S. DISTRICT COURT
By_____
      Deputy

| | | |
|---|---|---|
| EFFICIENT NETWORKS, INC., | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. _____ |
| | § | |
| | § | |
| CYBERTAN TECHNOLOGY, | § | 3 03CV1976-K |
| INC. AND BROMAX | § | |
| COMMUNICATIONS, | § | |
| INC., | § | |
| Defendants. | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

1.   Defendants, Cybertan Technology, Inc. and Bromax Communications, Inc., by their undersigned attorneys, respectfully show this Court:

2.   On July 16, 2003, Cause No. DV 03-07186-L was commenced against Defendants in the 193rd District Court of Dallas County, Texas, and is now pending therein.

3.   On August 8, 2003, Defendants were served with Plaintiff's Original Petition in the above-entitled action.

4.   As of the date of this filing, no pleadings have been filed in the state court action other than the Plaintiff's petition, Defendant's Original Answer,

1

Defendants' Notice of Filing Notice of Removal & Defendants' Amended Notice of Filing Removal. Copies of all process, pleadings and orders served upon Defendants and served upon Plaintiffs in the above-entitled action are attached hereto as Exhibit A, and filed herewith.

5. This Court has jurisdiction of the above-entitled action pursuant to 28 U.S.C. §1332, and the action may therefore be removed to this Court pursuant to 28 U.S.C. §1441(b).

6. Removal is proper because the court has alienage jurisdiction. *See* 28 U.S.C. §1332(a)(2); *Coury v. Prot*, 85 F.3d 244, 248-251 (5th Cir. 1996). Specifically, Defendants Bromax Communications, Inc. and Cybertan Technology, Inc. are citizens of Taiwan, and all the parties are diverse.

7. A jury demand has been made in Cause No. DV 03-07186-L.

8. This notice is filed with this Court within 30 days after service on Defendants of Plaintiff's Original Petition in the above-entitled action.

WHEREFORE, Defendants pray that the above-entitled action be removed from the 193rd District Court of Dallas County, Texas to this Court.

Respectfully submitted,

Law Offices of Lai & Associates, P.C.

By: _Morris Tabak/CC*_
Mr. Morris Tabak

2

Federal ID No. 25578
Texas Bar No. 19599900
Mr. Craig Corsini
Federal ID No. 29242
Texas Bar No. 24012459
Mr. Wei-Hung Chao
Federal ID No 23340
Texas Bar No. 24012412
7322 S.W. Frwy, Suite 868
Houston, Texas 77074
Tel. (713)-988-5666
Fax. (713)-988-8846

Attorneys for Defendants
Cybertan Technology, Inc. and Bromax Communications, Inc.

\* signed by permission /CC

3

## CERTIFICATE OF SERVICE

I certify that on August 30, 2003, a true and correct copy of Defendants' Notice of Removal was served by certified mail, return receipt requested on David S. Coale at Carrington Coleman Sloman & Blumenthal, LLP, 200 Crescent Court, Suite 1500, Dallas, Texas 75201.

_____
Mr. Craig Corsini