<"/>

**ORIGINAL**



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EFFICIENT NETWORKS, INC. | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil No. 03-CV-01976 K |
| | § | |
| BROMAX COMMUNICATIONS, INC. | § | |
| AND CYBERTAN TECHNOLOGY, INC. | § | |
| | § | |
| *Defendants.* | § | |

## AGREED MOTION TO DISMISS

TO THE HONORABLE COURT:

The parties to this case, having reached a settlement of the matters at issue in this action, hereby request the entry of the Agreed Order of Dismissal With Prejudice submitted herewith.

Respectfully submitted,

David S. Coale
  State Bar No. 00787255
Jennifer Evans Morris
  State Bar No. 24013198
Carrington, Coleman, Sloman
  & Blumenthal, L.L.P.
200 Crescent Court, Suite 1500
Dallas, TX 75201
Phone: (214) 855-3000
Fax: (214) 855-1333

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

The foregoing instrument and accompanying Agreed Order were served in accordance with the Federal Rules of Civil Procedure on all counsel on October 17, 2003.

_____
David S. Coale